**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER THREATENING DISMISSAL**

Appellate case name:       In the Interest of L. Z., M. H. and N. U., Children

Appellate case number:   01-19-00061-CV

Trial court case number:  2017-06000J

Trial court:                      314th District Court of Harris County

This is an appeal from a final decree terminating parental rights. Appeals from orders terminating the parent-child relationship are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a), *reprinted in* TEX. GOV'T CODE, tit. 2, subtit. F app. The notice of appeal in this case was filed on January 22, 2019, and thus, the date of final disposition should be no later than July 19, 2019. Appellant's brief was due on March 18, 2019, but no brief or motion for extension was filed. Our records indicate that appellant's counsel was retained.

When appellant fails to file a brief, this Court may dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

On April 25, 2019, this Court abated the appeal and remanded to the trial court for a hearing to determine whether appellant or her counsel had abandoned the appeal, if appellant was indigent, or if the brief would be filed. A hearing was held in the trial court on May 7, 2019. Neither appellant nor her counsel appeared at the hearing and the trial court stated on the record that it was unable to make any of the fact findings this Court requested.

We lift the abatement and reinstate the appeal on the active docket.

Unless appellant files a brief **on or before May 20, 2019**, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(b), (c).

It is so ORDERED.


Judge's signature: ____/s/ Justice Peter Kelly_____
☑ Acting individually    ☐ Acting for the Court


Date: ___May 9, 2019_____